**Opinion filed August 31, 2010**



In The

# Eleventh Court of Appeals

_____

## No. 11-10-00161-CR

_____

## CAROL JOHNENE MORRIS, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the 441st District Court**

**Midland County, Texas**

**Trial Court Cause No. CR36894**

## M E M O R A N D U M   O P I N I O N

Carol Johnene Morris appeals from the denial of a pretrial application for writ of habeas corpus. Morris filed an application for writ of habeas corpus seeking dismissal of the reindictment in this cause charging her with a theft offense. The trial court denied Morris's application, and she timely filed a notice of appeal. We dismiss.[1]

Subsequent to the filing of this appeal, Morris was tried and convicted in this cause. Because she has already been convicted of the underlying offense and is no longer subject to

---

[1]On this same day in Cause No. 11-10-00162-CR, we have affirmed the trial court's order denying Morris's pretrial application for writ of habeas corpus stemming from a separate indictment for theft in Trial Court Cause No. CR37161.

pretrial confinement, Morris's appeal of the denial of her pretrial application is moot. *Martinez v. State*, 826 S.W.2d 620 (Tex. Crim. App. 1992). Morris's remedy now lies by way of appeal of her conviction.

This appeal is dismissed as moot.

PER CURIAM

August 31, 2010

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.